**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-6172**

WILLIAM SCOTT DAVIS, JR.,

Plaintiff - Appellant,

v.

HON. W. EARL BRITT; JEFF SESSIONS, USAG; JAMES GARNETT, JR., PRJ; DONALD HUNTER, PRJ; USMS UNKNOWN DEPUTY,

Defendants - Appellees.

**No. 20-6376**

WILLIAM SCOTT DAVIS, JR.,

Plaintiff - Appellant,

v.

HON. W. EARL BRITT; JEFFERSON B. SESSIONS III, USAG; JAMES W. GARNETT, JR., PRJ; DONALD HUNTER, PRJ; USMS UNKNOWN DEPUTY,

Defendants - Appellees.

Appeals from the United States District Court for the Eastern District of Virginia, at Norfolk. Mark S. Davis, Chief District Judge. (2:18-cv-00166-MSD-LRL)

Submitted: June 26, 2020                                    Decided: July 21, 2020

Before NIEMEYER and HARRIS, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

William Scott Davis, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Scott Davis, Jr., appeals the district court's order transferring his 28 U.S.C. § 2255 (2018) motion to the United States District Court for the Eastern District of North Carolina. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Davis v. Britt*, No. 2:18-cv-00166-MSD-LRL (E.D. Va. May 25, 2018). We deny Davis' motions for a certificate of appealability as unnecessary, *see Harbison v. Bell*, 556 U.S. 180, 183 (2009), and deny his motion to supplement. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*